# EXHIBIT A

**Defendant:** Vitamin Shoppe Industries
**Creditor ID:** VS004
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| Vitamin Shoppe Industries | 1550342-PY | $18,424.50 | 8/16/2024 | 1550342-IN | 7/9/2024 | $18,424.50 |
| | 1551920-PY | $12,295.10 | 9/13/2024 | 1551920-IN | 8/6/2024 | $12,295.10 |
| **Total Transfers** | **2** | **$30,719.60** | | | | **$30,719.60** |